IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Bankruptcy Matter of:

Timothy James Kirby
Heather Lee Kirby
               Debtors

Bankruptcy No. 11-80744
Judge Thomas M. Lynch
Chapter: 13

## RESPONSE TO TRUSTEE'S NOTICE OF CURE OF ALL PRE-PETITION MORTGAGE OBLIGATIONS

      NOTICE IS HEREBY GIVEN, that U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp., Home Equity Pass Through Certificates, Series 2007-1 hereby disagrees with the August 16, 2013 Notice of Cure of All Pre-Petition Mortgage Obligations served U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp., Home Equity Pass Through Certificates, Series 2007-1 s, by the Trustee. In response, U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp., Home Equity Pass Through Certificates, Series 2007-1 hereby states the following:

1. U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp., Home Equity Pass Through Certificates, Series 2007-1 hereby considers any default listed in claim 8-1 to be fully paid and cured.
2. U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp., Home Equity Pass Through Certificates, Series 2007-1 gives notice that Debtors are not current on post petition payments, as the expenses listed in Exhibit A are due and owing.

                                              /s/ Rocio Herrera
                                              Rocio Herrera, IL ARDC #6303516

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Bankruptcy Matter of:

Timothy James Kirby
Heather Lee Kirby
      Debtors

Bankruptcy No. 11-80744
Judge Thomas M. Lynch
Chapter: 13

## Exhibit A

1. $3,098.32 for post petition escrow advances are due and owing.


               /s/ Rocio Herrera
               Rocio Herrera, IL ARDC #6303516

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Bankruptcy Matter of:

Timothy James Kirby
Heather Lee Kirby
        Debtors

Bankruptcy No. 11-80744
Judge Thomas M. Lynch
Chapter: 13

## CERTIFICATE OF MAILING

TO:    Timothy James Kirby, 1004 Ravine Ave., McHenry, IL 60051
        Heather Lee Kirby, 1004 Ravine Ave., McHenry, IL 60051
        Lydia Meyer, P.O. Box 14127, Rockford, IL 61105
        Jason K. Nielson, 55 E. Monroe St., Suite #3400, Chicago, IL 60603
        U.S. Trustee's Office, U.S. Trustee's Office, Suite 304, 780 Regent St., Madison, WI 53715

I, Rocio Herrera, an attorney, certify that I caused to be mailed copies of this Response to the Debtors on September 6, 2013, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606. The remaining parties were served by this Court's CM/ECF electronic noticing system.

                                           /s/ Rocio Herrera
                                            Rocio Herrera, IL ARDC #6303516

Rocio Herrera
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE