# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: TIMOTHY J. KIRBY § Case No. 11-80744
       HEATHER L. KIRBY §
       §
       Debtors §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/26/2011.

2) The plan was confirmed on 11/16/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 06/03/2014.

6) Number of months from filing or conversion to last payment: 39.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $48,740.00.

10) Amount of unsecured claims discharged without full payment: $26,619.37.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 21,552.55 |
| Less amount refunded to debtor | $ 251.55 |
| **NET RECEIPTS** | $ 21,301.00 |

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 1,225.07 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 4,725.07 |
| Attorney fees paid and disclosed by debtor: | $ 0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| CITIFINANCIAL SERVICES, INC. | Sec | 0.00 | 15,699.02 | 0.00 | 0.00 | 0.00 |
| CITIFINANCIAL SERVICES, INC. | Sec | 400.00 | 377.85 | 377.85 | 377.85 | 0.00 |
| CITIFINANCIAL | Sec | 5,000.00 | 3,076.42 | 3,076.42 | 3,076.42 | 245.00 |
| SELECT PORTFOLIO SERVICING | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| SELECT PORTFOLIO SERVICING INC | Sec | 5,000.00 | 5,108.69 | 5,000.00 | 5,000.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 640.00 | 297.50 | 297.50 | 297.50 | 0.00 |
| 500 FAST CASH | Uns | 585.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Uns | 36.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE NEUROLOGICAL CARE | Uns | 64.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA ASSC CRYSTAL | Uns | 111.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CO | Uns | 102.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 1,727.00 | 1,727.55 | 1,727.55 | 688.89 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,422.00 | 1,334.41 | 1,334.41 | 532.11 | 0.00 |
| CASHNETUSA.COM | Uns | 34.00 | NA | NA | 0.00 | 0.00 |
| CCS / FIRST NATIONAL BANK | Uns | 547.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA MEMORIAL MEDICAL | Uns | 1,540.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,762.00 | 1,772.63 | 1,772.63 | 706.87 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 493.00 | 272.31 | 272.31 | 108.59 | 0.00 |
| CREDIT COLLECTION SERVICES | Uns | 1,125.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 899.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 1,182.00 | NA | NA | 0.00 | 0.00 |
| EAST SIDE LENDERS | Uns | 690.00 | NA | NA | 0.00 | 0.00 |
| FAST & RELIABLE CASH | Uns | 543.00 | NA | NA | 0.00 | 0.00 |
| FFCC - COLUMBUS INC | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| FINANCIAL CONTROL SOLUTIONS | Uns | 144.00 | NA | NA | 0.00 | 0.00 |
| FINGERHUT | Uns | 106.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 465.00 | 465.35 | 465.35 | 185.56 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 491.00 | 490.66 | 490.66 | 195.66 | 0.00 |
| GDYR / CBSD | Uns | 1,626.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 2,985.00 | 3,003.21 | 3,003.21 | 1,197.58 | 0.00 |
| LVNV FUNDING LLC | Uns | 650.00 | 666.89 | 666.89 | 265.94 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Uns | 731.00 | 734.52 | 734.52 | 292.90 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 666.00 | 640.08 | 640.08 | 255.24 | 0.00 |
| LAKE / MCHENRY PATHOLOGY | Uns | 135.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,182.00 | 1,182.10 | 1,182.10 | 471.38 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,257.00 | 1,270.67 | 1,270.67 | 506.70 | 0.00 |
| MCHENRY RADIOLOGISTS & | Uns | 229.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Uns | 640.00 | 639.64 | 639.64 | 255.07 | 0.00 |
| MY CASH NOW | Uns | 677.00 | NA | NA | 0.00 | 0.00 |
| MYSTERY GUILD | Uns | 88.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CASH | Uns | 1,470.00 | NA | NA | 0.00 | 0.00 |
| NCO FIN / 99 | Uns | 228.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 41.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 231.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 61.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 54.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 35.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 53.00 | NA | NA | 0.00 | 0.00 |
| NCO - MEDCLR | Uns | 145.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Uns | 225.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICES INC | Uns | 149.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 2,192.00 | 2,192.20 | 2,192.20 | 874.18 | 0.00 |
| PENN CREDIT CORPORATION | Uns | 105.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLE MANAGEMENT | Uns | 119.00 | NA | NA | 0.00 | 0.00 |
| SURGICAL ASSOC OF FOX VALLEY | Uns | 188.00 | NA | NA | 0.00 | 0.00 |
| TATE & KIRLIN ASSOCIATES | Uns | 432.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL, LLC | Uns | 437.00 | 437.61 | 437.61 | 174.50 | 0.00 |
| UNITED CREDIT RECOVERY LLC | Uns | 768.00 | 767.62 | 767.62 | 306.10 | 0.00 |
| US FAST CASH | Uns | 390.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING, LLC | Uns | 532.00 | 532.63 | 532.63 | 212.39 | 0.00 |
| RENT A CENTER | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| CCS / FIRST SAVINGS BANK | Uns | 687.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 294.14 | 294.14 | 117.29 | 0.00 |
| GENESIS FINANCIAL SOLUTIONS | Uns | 0.00 | 582.31 | 582.31 | 232.21 | 0.00 |
| CITIFINANCIAL | Sec | 0.00 | 3,076.42 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 5,377.85 | $ 5,377.85 | $ 0.00 |
| Debt Secured by Vehicle | $ 3,076.42 | $ 3,076.42 | $ 245.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 8,454.27 | $ 8,454.27 | $ 245.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 297.50 | $ 297.50 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 297.50 | $ 297.50 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 19,006.53 | $ 7,579.16 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 4,725.07 |
| Disbursements to Creditors | $ 16,575.93 |
| **TOTAL DISBURSEMENTS:** | $ 21,301.00 |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  12/18/2014             By:  /s/ Lydia S. Meyer
                                   Trustee

**STATEMENT:**   This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.